# In the United States Court of Federal Claims

No. 15-1425C
(Filed: May 31, 2016)

|  |  |
|---|---|
| REMINGTON ARMS CO., LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| FN AMERICA, LLC | ) |
| Defendant-Intervenor, | ) |
| and | ) |
| COLT DEFENSE, LLC, | ) |
| Defendant-Intervenor. | ) |

**O R D E R**

    The court is in receipt of plaintiff's motion to dismiss this case with prejudice pursuant to Rule 52.2(e) of the Court of Federal Claims, filed May 27, 2016. (ECF No. 67). Plaintiff's motion is now **GRANTED**. The clerk is instructed to issue judgment accordingly.

    **IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge
